UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil Action Number 1:16-CV-22923

SUSANNA M RIVERA, , and
WALTER JOSEPH BECKMAN,
On Their Own Behalf, and On
Behalf of All Other Individuals Similarly Situated

    Plaintiffs,
vs.

CITIGROUP, INC. and
CITIBANK, N.A.

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiffs, SUSANNA M RIVERA, and WALTER JOSEPH BECKMAN, by and through their undersigned counsel, hereby provides notice that the parties have reached a settlement and will be executing a confidential settlement agreement resolving all claims and matters in this case. Upon execution of a confidential settlement agreement, parties will file a stipulated motion to dismiss this action with prejudice.

Respectfully submitted on this 21st day of September, 2016.

    *s/ Scott R. Dinin*
    Scott R. Dinin
    SCOTT R. DININ P.A.
    4200 NW 7th Avenue
    Miami, Florida 33127
    Telephone: (786) 431-1333
    Facsimile: (786) 513-7700
    Email: inbox@dininlaw.com
    *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this this 21st day of September, 2016, the foregoing **NOTICE OF SETTLEMENT** was filed electronically using the U.S. Court's CM/ECF, which caused a copy of the same to be served electronically to:

Arlene K. Kline
AKERMAN LLP
777 South Flagler Drive, Suite 1100W
West Palm Beach, FL 33401-6183
E-mail: shayla.waldon@akerman.com, and arlene.kline@akerman.com
*Counsel for Defendant*

*s/ Scott R. Dinin*